AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

FILED
2012 DEC 19  P 2: 11

| | |
|---|---|
| United States of America ) | |
| v.  ) | Case No.  3:12CR 268 (RNC) |
| ) | |
| UBS SECURITIES JAPAN CO., LTD  ) | |
| *Defendant*  ) | |

## WAIVER OF AN INDICTMENT

I understand that ~~I have~~ *the defendant has* been accused of one or more offenses punishable by imprisonment for more than one year. ~~I was~~ *the defendant's* advised in open court of ~~my~~ *the defendant's* rights and the nature of the proposed charges against ~~me~~ *the defendant*.

After receiving this advice, ~~I~~ *the defendant (UBS)* waive ~~my~~ *the defendant's* right to prosecution by indictment and consent to prosecution by information.

Date:  12/19/2012

*Corporate representative's* ~~Defendant's~~ signature

Signature of defendant's attorney

Gary R. Spratling/David P. Burns
*Printed name of defendant's attorney*

/s/ Robert N. Chatigny, USDJ
*Judge's signature*

Hon. Robert N. Chatigny, U.S. District Judge
*Judge's printed name and title*