# EXHIBIT 1
# HARRY DIREEN, PH.D.
# EXPERT REPORT



[Type text]                                                                 [Type text]

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------------X
                                                      )
PROTEGRITY CORPORATION                                )
                                                      )
                          Plaintiffs,                 )
                                                      )    Case No.:  3:10-CV-00755
             v.                                       )
                                                      )
                                                      )
VOLTAGE SECURITY, INC.                                )
                                                      )
                          Defendants.                 )
                                                      )
                                                      )
------------------------------------------------------X
```

## EXPERT REPORT OF HARRY DIREEN, PH.D., P.E.

**THIS REPORT CONTAINS CONFIDENTIAL AND HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER DATED 19 JANUARY, 2012**

| | | |
|---|---|---|
| I. | INTRODUCTION | 3 |
| II. | BACKGROUND AND QUALIFICATIONS | 3 |
| III. | PROJECT DESCRIPTION | 5 |
| IV. | APPROACH | 6 |
| V. | INFORMATION CONSIDERED AND MATERIALS REVIEWED | 7 |
| | A. Patents | 7 |
| | B. Documents | 7 |
| | C. Court Documents | 7 |
| | D. Other Documents and Books | 7 |
| | E. Source Code Inspections | 8 |
| VI. | OPINIONS REGARDING INFRINGEMENT | 8 |
| | A. Overview of the Protegrity Patents | 8 |
| | B. Voltage Security, Inc. SecureData | 10 |
| | C. Infringement Opinions | 23 |
| VII. | DECLARATION | 25 |

Highly Confidential Information: Subject to Protective Order

DRAFT

## I. INTRODUCTION

1.      I, Harry G. Direen Jr., Ph.D., P.E., declare that the opinions stated in this expert report are my own, that I have personal knowledge of the facts stated in this expert report, and am competent to testify to the facts and opinions within. If called as a witness, I can and will testify to the following.

2.      My full name is Harry G. Direen Jr. Counsel for Protegrity Corporation has retained me as an expert witness with respect to this matter.

3.      This declaration reflects my opinions with respect to the issues that I have been asked to address. I reserve the right to supplement this expert report, if and when appropriate, based upon information I learn after the date of this declaration.

## II. BACKGROUND AND QUALIFICATIONS

4.      I have over 30 years of experience as an engineer designing and developing products in the electronics and software industry. I received my BS in Electrical Engineering from the University of California at Irvine and my Ph.D. in Electrical Engineering with a focus in Control Systems from the University of Colorado at Boulder. I am a registered profession engineer in the state of Colorado and a member of the IEEE. My expertise includes control systems; embedded systems design and development; XML database design; control of UAVs (Unmanned Aerial Vehicles); bio-informatics; and product reverse engineering. I have a broad base of knowledge in electronic and software systems gained in my career working on various product designs for a number of companies. I developed the embedded control of high power RF amplifiers used in

Highly Confidential Information Subject to Protective Order

Magnetic Resonant Imaging systems. I was a chief architect developing a novel XML database

system. I developed DNA and protein sequence search algorithms and software used for

bioinformatics. I am working with a research group at the US Air Force Academy on the control

of UAVs. I have reversed engineered a number of complex systems, including: media players,

modems, modem compression algorithms, coriolis mass flow meters, blood analysis meters and

a variety of other products.  I have successfully discovered and analyzed complex digital signal

processing algorithms and pertinent operations within these products.  I have taught engineering

at the US Air Force Academy, and taught under graduate and graduate level classes at the

University of Colorado, Colorado Springs (UCCS).  I was a member of Advisory Board for the

Center of Computational Biology, at the University of Colorado, Denver and was a Member of

UCCS Advisory Board for developing undergraduate courses in the emerging area of

computational biology.  I am an inventor on two patents associated with the XML database

technology, and an inventor on two patents in process for products I am working on.

5.      I have not testified as an expert at trial within the past four years.

6.      I have testified as an expert by deposition:

        Protegrity Corporation vs Ingrian Networks, Inc. / SafeNet Inc., CASE NO.: 3:08-CV-
        618 (RNC), October 24, 2012 in Denver Colorado.

7.      I have read and am fully familiar with United States Patent 6,321,201 assigned to

Protegrity Corporation (the Protegrity Patents).  By virtue of my education, experience and

training, as described above, I have expertise in the arts addressed by these patents.  A complete

Highly Confidential Information: Subject to Protective Order

4

copy of my curriculum vitae is attached as <u>Exhibit A</u>. The compensation paid to TAEUS for this work is detailed in Exhibit D.

## III.   PROJECT DESCRIPTION

8.      Counsel for Protegrity Corporation asked me to review Voltage Security, Inc. materials and to examine, and document the behavior of Voltage Security, Inc. products to determine certain aspects of their characteristics and features. I was also asked to compare the system architecture, operational characteristics and features of these products to selected claims of United States Patent 6,321,201 assigned to Protegrity Corporation. The Voltage Security, Inc. SecureData solution includes the products and software I inspected which are shown in Table 1. The patent claims to which I compared these products are shown in Table 2.

| Voltage SecureData Solution | Product / Software Directories |
|---|---|
| SecureData Key Appliance  3.3.2 | appliance-1.2-r57958<br>dps_server-3.3-r99208<br>VibeWebService-2.1-r56640 |
| SecureData Key Appliance  3.4 | appliance- trunk-r59422<br>dps_server- trunk-r99215<br>VibeWebService- trunk-r61873 |
| SecureData SOA Web Services Server | SD-CL<br>SecureData-SOA-3.1<br>SecureData-SOA-3.2 |
| SecureData Simple API | 3.7-r64724<br>3.8-r66619 |
| SecureData for Teradata | TeradataUDF 1.1-r99219 |
| Host-SDK | host-sdk-2.0-r66898<br>host-sdk-2.2.1-r74467 |
| Z-FPE | 1.3.0_r61631-r99541 |

Highly Confidential Information: Subject to Protective Order

5

| | R2.1.0-r71005-99542 |
|---|---|
| Z-Protect | Z-Protect-r99238 |

*Table 1 – Voltage Security, Inc. Products*

| US Patent Number | Investigated Claims |
|---|---|
| 6,321,201 | 1, 5, 19 – 25, 29 - 31 |

*Table 2 – Investigated Claims*

## IV.   APPROACH

9.      First, I reviewed the complaint and the patent.  I then reviewed documents produced by Voltage Security, Inc. and identified those documents that were deemed relevant to determining whether or not the accused Voltage Security, Inc. products infringe the patent.  I also inspected source code identified by Voltage Security, Inc. at E-Hounds in Clearwater, FL.  I also reviewed certain Voltage Security, Inc. documents in the public record, and transcripts of the deposition testimony of certain Voltage Security, Inc. witnesses.  After reviewing all of this information, I compiled my findings with respect to infringement of the asserted claims of the patents and then documented my findings in the claim chart attached to this report as Exhibit B.

Highly Confidential Information: Subject to Protective Order

**V.    INFORMATION CONSIDERED AND MATERIALS REVIEWED**

**A.**    Patents

    1.    "SYSTEM AND METHOD FOR PROVIDING UPDATE INFORMATION", United States Patent 6,321,201 (Dahl), November 20, 2001.

**B.**    Documents

    1.    <u>Exhibit C</u> lists documents provided by counsel.

    2.    Datasheet: Voltage SecureData, Encrypting Content Wherever It Goes, DS020608

    3.    White Paper:  Streamlinning Information Protection Through a Data-Centric Security Approach Using Voltage SecureData Enterprise, Copyright 2012, 12R020507

    4.    Voltage SecureData Tokenization, (www.voltage.com/products/tokenization.htm)  11/13/12

    5.    Datasheet: Voltage SecureData, End-to-End Data Protection For the Way Your Business Works,

**C.**    Court Documents

    1.    <u>Judge's Markman</u> Opinion, United States District Court for the District of Connecticut.

**D.**    Other Documents and Books

    1.    Microsoft SQL Server 2008 Bible, by Paul Nielsen, Mike White, and Uttam Parui, Wiley Publishing, Inc., Copyright 2009, ISBN: 978-0-470-25704-3

    2.    Stored Procedures, Triggers, and User-Defined Functions on DB2 Universal Database for iSeries, by Bedoya, Cruz, Lema & Sinkorapoom, October 2006, ibm.com/redbooks

    3.    IBM Online manual/books: Database Fundamentals, Database objects, with sections on Triggers and Views. http://publib.boulder.ibm.com/infocenter/db2luw/v9r5/index.jsp?topic=%2Fcom.ibm.db2.luw.container.doc%2Fdoc%2Fc0052964.html

Highly Confidential Information: Subject to Protective Order

4.      Oracle 7 Server Concepts Manual, Database Triggers.
        http://docs.oracle.com/cd/A57673_01/DOC/server/doc/SCN73/ch15.htm


**E.**   Source Code Inspections

1.      November 12, 13, & 14, 2012, Clearwater, FL.

2.      November 27, 28, & 30, 2012 Clearwater, FL.

3.      December 3, 4, 2012 Clearwater, FL.

4.      Source Code printouts:  (waiting for Bates numbers)


**VI.    OPINIONS REGARDING INFRINGEMENT**

**A.**   Overview of the Protegrity Patents

10.    The asserted patent in this suit is U.S. Patent Nos. 6,321,201, ("the '201 patent" or "the

patents-in-suit").

11.    The '201 patent relates to protecting sensitive data, such as credit card numbers, social

security numbers, and many other types of sensitive data, within a database by encrypting the

sensitive data[1]. The data encryption and decryption processes are handled in a way that is

"transparent" to an authorized user of the data[2]. "Transparent" means that the authorized user, or

application software, is un-aware that the encryption and decryption process happens behind the

scenes and the user takes no special or additional steps to cause the encryption and decryption of

the sensitive data.  Using the '201 patent technology, only sensitive data needs to be encrypted,

---

[1] '201 patent, col. 2, lines 41-44.
[2] *Id*. at col. 4, lines 11 – 17.

Highly Confidential Information: Subject to Protective Order

8

non-sensitive data within the same database record can be left un-encrypted[3]. In addition, different encryption algorithms and protection attributes can be applied to different data types within a database record. A security administrator may setup and apply protection attributes to associate with sensitive data stored within a database[4].

12.     To effect the protection of sensitive data, the '201 patent defines a data protection catalogue (DPC). The DPC stores protection attributes which provide information on the rule or rules applied to processing the corresponding data element[5]. The rule or rules typically involve rules for encrypting and decrypting the data element. The protection attributes may include which encryption algorithm to use along with appropriate parameters associated with the encryption process.

13.     User initiated measures, such as reading or modifying a sensitive data element, will automatically cause the data protection catalog to be accessed[6]. The protection attributes for the corresponding data type will be read from the DPC. These protection attributes will be used to determine the specific rules to apply to the data element. Typically the rules will determine how to decrypt or encrypt the data element value. Automatically applying processing rules such as encryption and decryption of sensitive data element values, without specific user interaction to affect the processing rules, is what enables the transparent processing of the sensitive data. This is the core of the invention of the '201 patent.

---

[3] *Id*. at col. 4, lines 33-34.
[4] *Id*. at col. 4, lines 26 – 32, and col. 11, lines 1 – 10.
[5] *Id*. at col. 3, lines 49 – 51.
[6] *Id*. at col. 4, lines 16 – 25.

Highly Confidential Information: Subject to Protective Order

**B. Voltage Security, Inc. SecureData**

14.       The Voltage Security, Inc. SecureData Solution is designed to protect data stored in

databases, Figure 1.  The Voltage SecureData Solution is made up of a number of components as

seen in Figure 2.   The SecureData components of primary concern relative to the '201 patent are

outlined below.



**Figure 1 Voltage SecureData Solution[7]**

---

[7] Voltage SecureData Architecture Guide, October 2011, Version 5.0, page 1-1

Highly Confidential Information: Subject to Protective Order



**Figure 1-2** Voltage SecureData Solution Components

**Figure 2 Voltage SecureData Solution Components[8]**

- Voltage SecureData Key Management Server:  The Key Management Server is a centralized key management system that manages the generation and issuance of FPE (Format Preserving Encryption), AES (Advanced Encryption Standard), and IBE (Identity Based Encryption) encryption keys[8].  The Key Management Server also provides user authentication.

---

[8] Voltage SecureData Architecture Guide, October 2011, Version 5.0, page 1-2

Highly Confidential Information: Subject to Protective Order

11

- Voltage SecureData Management Console:  The Management Console provides centralized configuration of keys, data types, and reporting across the SecureData solution.  The Voltage SecureData Administrator Guide provides the full range of configuration that can be handled through the Management Console[9].

- Voltage SecureData Web Services Server:  The Web Services Server provides a Web Service data protection interface that can be used by any application capable of consuming WSDL (Web Services Description Language) information[10].  The protection functions supplied by SecureData have been adapted for PL/SQL applications.  PL/SQL (Procedural Language / Structured Query Language) is Oracle Corporation's extension language designed to work with the Oracle relational databases.

- Voltage SecureData Simple API (Application Programmer's Interface)[11]:  this API provides a simple interface on top of the Voltage Encryption Toolkit.  The API makes it easy for a developer to incorporate protection / access (or encryption / decryption) functionality directly into existing applications.

- Voltage Encryption Toolkit[11]:  High-performance low-level IBE Elliptic Curve Cryptography toolkit with work with standard cryptographic libraries such as

---

[9] Voltage SecureData Administrator Guide, Version 5.0
[10] Voltage SecureData Developer Guide, October 2011, Version 5.0, page 1-1
[11] Voltage SecureData Architecture Guide, October 2011, Version 5.0, page 1- 2 & 3

Highly Confidential Information: Subject to Protective Order

AES, SHA256, RSA, etc. The Toolkit interfaces directly with the Voltage

Voltage SecureData Key Management Server.

- Voltage POS SDK[11]:  A light-weight C SDK with a subset of low-level IBE

  Elliptic Curve Cryptography toolkit protection functions specifically designed to

  be embedded directly in Point of Sales (POS) devices or software-based ECR

  systems.

- Voltage Host SDK[11]:  A subset of low-level IBE Elliptic Curve Cryptography

  toolkit data protection functions specifically designed to be incorporated into a

  payments host. These APIs take data and keys protected with the POS API and

  access and then reprotect the data before it enters the payment providers database.

- Voltage SecureData VibeSimple PL/SQL Package:  SecureData provides a Web

  Service API (Application Programmer's Interface) which is designed to work

  with Oracle Databases[12].   The PL/SQL Package provide functions for encrypting

  and decrypting data within an Oracle database by making Web Service calls to the

  Voltage SecureData Web Services Server.

---

[12] Voltage SecureData Developer Guide, January 2001, Version 4.0.1a, page

Highly Confidential Information: Subject to Protective Order

- Voltage SecureData for Teradata:  SecureData provides a set of User Defined Functions (UDFs) that encrypt and decrypt data within a Teradata database[13]. These UDFs use services provide by the SecureData Key Management Server.

- Voltage SecureData Tokenization:  SecureData provides a complete Tokenization solution through their Web Services interface (refer to "Understanding Tokenization, in the SecureData Architecture Guide[14]).  The SecureData Tokenization solution works with many databases that have a JDBC (Java Database Connectivity) interface.

15.    SecureData provides means for a security administrator to setup data types to be protected through the SecureData Management Console.  Section *Data Protection Settings* in the SecureData Administrator Guide[15] covers setting up data types.  The different data types that can be setup via the Management Console are:

- Credit card numbers
- U.S. Social Security numbers
- Variable-length strings
- Specified-format strings
- Numbers
- Dates

---

[13] Voltage SecureData for Teradata Developer Guide, December 2011, Version 1.1.2, page 1-1
[14] Voltage SecureData Architecture Guide, October 2011, Version 5.0, page 1-12
[15] Voltage SecureData Administrator Guide, Version 5.0, page 61

Highly Confidential Information: Subject to Protective Order

Figure 3 Variable Length String Format a Management Console for setting up a variable-length string. A data type includes a "Format Name" which is used by applications to reference, or link to the specific format.   A variety of parameters associated with the user defined type are set through the console, including the "Data Protection Type" which is the type of encryption or tokenization that will be used with the data type.   The encryption types are FPE or eFPE.  The eFPE encryption type embeds a key number into the encrypted data.  If Tokenization is selected, SecureData will setup a database table in the defined database to store tokenization information[16].   Tokenization is only available for data types (or formats) that are setup through the Management Console.  Once a data type format is specified, the security administrator can establish a variety of mask features associated with the data type, as shown in Figure 3.

---

[16] Voltage SecureData Administrator Guide, Version 5.0, page 70

Highly Confidential Information: Subject to Protective Order

15



**Figure 3 Variable Length String Format**[17]

16.     The SecureData Key Management Server contains a database for storing data type

information along with a variety of other information.  Analysis of the SecureData Server

---

[17] Voltage SecureData Administrator Guide, Version 5.0, page 66

Highly Confidential Information: Subject to Protective Order

16

software shows that SecureData uses a SQLite database (www.sqlite.org) managed by Django. Django is a high-level Python (a software programming language) Web framework that contains a database access API (www.djangoproject.com).   The SecureData server software contains a Python class, `FormatSpec`, which defines a table for storing data type and data format information within the SQLite database.   The `FormatSpec` table has columns as shown in the table below (not all of the columns found are shown).   The `FormatSpec` table is part of the data protection catalog stored in the SQLite database.   There are other tables defined within the SQLite database in the SecureData Key Management Server.   These tables contain additional information about encryption keys, districts (a construct used by SecureData for managing keys), key rotation groups and other information related to protection attributes.   These tables are part of the data protection catalog containing protection attributes that state rules for processing data that is to be protected.

Table 1  SecureData Database Table (FormatSpec) for Data Types

| Column Name | Definition |
| --- | --- |
| name | Data type name, used to reference this data type |
| formatType | VAR String, FIX String, Credit Card number, US SSN |
| inputType | String, Oracle Date, Number |
| unicode | Boolean to determine if string type is unicode |
| ignoreOutOfRange | |
| characterSet | Input alphabet |
| outputCharacterSet | |
| maxKeyNumCount | Used for maximum key rotation number in eFPE |
| formatString | |
| minValue | Minimum value for a number |
| maxValue | Maximum value for a number |
| retain_leading | For credit cards the number of leading numbers to retain |
| retain_trailing | For credit cards the number of trailing numbers to retain |
| lookup_db | Database for Tokenization |
| lookup_table | Database Table for Tokenization |
| lookup_identity | Identity used for Tokenization |

Highly Confidential Information: Subject to Protective Order

| *other* | There are a variety of additional column definitions |
|---|---|

17.     The SecureData Key Management Server publishes portions of the data protection

catalog in configuration files clientPolicy.xml and vsconfig.txt, as shown in Figure 4 and Figure

5.

**Data Protection Settings**

All of the settings in this section apply to both the Voltage SecureData Web Services, the Voltage SecureData CL, Voltage SecureData for Payments, and the Voltage SecureData Simple API. By configuring these settings once here, you can be certain that all of your formats, and other system settings are consistent across applications and batch operations used to perform encryption. In addition, you only need to configure these settings once instead of having to do it separately for each interface.

The following can be performed:

- Format Settings
- Configuring Global System Settings
- Tokenization Rollover Settings

**Figure 4  SecureData Data Protection Settings[18]**

**Using Formats**

Formats created in the Voltage SecureData Management Console are available for clients to use by parsing the clientPolicy.xml or vsconfig.txt files published at deployment time. The Web Service gets its format information through an XML file that is also published by the Console when you deploy your changes.

**Figure 5  Protection Attribute Availability[19]**

18.     The Voltage SecureData system provides UDFs (User Defined Functions) for Teradata

databases (Figure 6) and PL/SQL functions (Figure 7) for Oracle databases that enable

transparent encryption and decryption of data stored in databases.   Voltage SecureData describes

---

[18] Voltage SecureData Administrator Guide, Version 5.0, page 61 ATT001176
[19] Voltage SecureData Administrator Guide, Version 5.0, page 64

Highly Confidential Information: Subject to Protective Order

18

how to use UDFs and PL/SQL functions for transparent encryption and decryption of data to be protected in their document *Database Integration for Voltage SecureData SOA*. The steps in this process are outlined below.

## Using the Voltage User Defined Functions for Teradata

Voltage provides a set of User Defined Functions (UDF) that allow you to protect and access data stored in a Teradata database. User-defined functions (UDF) are Teradata's mechanism to allow end-users to incorporate new functions into their database nodes and invoke them in any context that allows standard SQL functions. The formats used for protection are obtained from the Voltage SecureData server.

**Figure 6 Voltage UDFs for TeraData[20]**

## Using the VibeSimple PL/SQL Package

Voltage provides an implementation of VibeSimple for PL/SQL. The VibeSimple functions are described in Chapter 3, "VibeSimple.jar." The Voltage Web Service APIs are packaged into a vibesimple PL/SQL package that uses the PL/SQL implementation of the SOAP client (soap_api.sql). A variety of other files and packages are included in the distribution to make implementing Voltage SecureData encryption services with Oracle PL/SQL easier.

**Figure 7 VibeSimple PL/SQL for Oracle Databases[21]**

Figure 8 shows a database view that supports the automatic encryption of a data element value. The steps in the process are:

1.  A user (the application) initiates a measure to store or modify a payment data element value via an SQL request.

---

[20] Voltage SecureData Developer Guide, Version 4.0.1a, page 5-1
[21] Voltage SecureData Developer Guide, Version 4.0.1a, page 4-1

Highly Confidential Information: Subject to Protective Order

19

2. A trigger captures the request and makes a call to the Voltage SecureData SOA via a PL/SQL function provided by Voltage.

3. The SecureData SOA makes a calling to the clientPolicy.xml configuration file (a portion of the data protection catalog) to collect protection attributes associated with the data element type. After the SecureData SOA obtains the protection attributes, the data to be protected is encrypted in conformity with the collected protection attributes.

4. Finally, the encrypted value is stored as an encrypted data element value in the first database.



**Figure 8 A Database Trigger for Transparent Encryption of Data[22]**

Figure 9 shows a database view that supports the automatic decryption of a data element value. The Voltage SOA makes a calling to the clientPolicy.xml configuration file (a portion of the data protection catalog) to collect protection attributes associated with the data element type. After the SecureData SOA obtains the protection attributes, the data to be protected is decrypted in conformity with the collected protection attributes.

Highly Confidential Information: Subject to Protective Order



**Figure 9 A Database View for Transparent Decryption of Data[22]**

19.   **SecureData Tokenization**: When a security administrator sets up a data type to be

tokenized, SecureData creates a table in the database with the structure shown in Figure 10.  The

input data, such as a credit card number, is encrypted with an AES encryption key and random

Initialization Vector (IV) and stored in the "vs_key" column.  The token, which for this case is

the credit card token that is a randomly generated value, is stored in the "vs_val" column.  An

example table is shown in Voltage SecureData Tokenization Deployment Best Practices,

Revision 2.1, page 11 (VOLTAGE 003175).

---

[22] Database Integration for Voltage SecureData SOA, page 4

Highly Confidential Information: Subject to Protective Order

```
CREATE TABLE VOLTAGE.VS_LOOKUP_99
(
  VS_KEY              VARCHAR2(2048 BYTE)
  VS_KEY_IV           VARCHAR2(64 BYTE)
  VS_KEY_MAC          VARCHAR2(128 BYTE)
  VS_VAL              VARCHAR2(2048 BYTE)
  VS_VAL_IV           VARCHAR2(64 BYTE)
  VS_VAL_MAC          VARCHAR2(128 BYTE)
  VS_VERSION           INTEGER
  VS_CREATION_TIME     TIMESTAMP(6)
  VS_UPDATE_TIME      TIMESTAMP(6),
  VS_TWEAK            VARCHAR2(1024 BYTE),
  VS_SPARE            VARCHAR2(1024 BYTE)
);
```

- vs_key_iv = Random IV value, used to randomize the AES encryption of the input data
- vs_key = input data encrypted with the AES encryption key and the random IV.
- vs_key_mac = HMAC (one-way hash) of input data
- vs_val_iv = Random IV value, used to randomize the AES encryption of the token
- vs_val = Randomly generated token encrypted with the AES encryption key and the random IV.
- vs_val_mac = HMAC (one-way hash) of randomly generated token

- vs_version = version number of rollover keys used to encrypt/hash the data.
- vs_creation_time = timestamp when random token was generated.
- vs_update_time = timestamp when data for this record was re-encrypted, during rollover.
- vs_tweak = currently not used
- vs_spare = currently not used

**Figure 10 Tokenization Database Table Structure[23]**

20.    The DataSecure `ProtectFormattedData`[24] web service call is used to encrypt a

data value which is to be protected, such as a credit card number.  The

`ProtectFormattedData` makes a call to the SecureData data protection catalog, based

upon the data type (format), to obtain protection attributes for the data value.  The data value will

be encrypted and stored in the `vs_key` column in the first database.  A randomly generated

---

[23] Voltage SecureData Tokenization Deployment Best Practices, Rev. 2.1, pages 8 & 9
[24] Voltage SecureData Developer Guide, Version 5.0, page 2-17

Highly Confidential Information: Subject to Protective Order

token will also be created for the data value and this token value will be stored in the `vs_val` column in the first database. The `ProtectFormattedData` function will then return the token value.

21.    The DataSecure `AccessFormattedData`[25] web service call is used to decrypt a protected value. The `AccessFormattedData` function makes a call to the SecureData data protection catalog based on the data type (format) to obtain protection attributes for the data value. The encrypted data value corresponding to the token is retrieved from the first database, and then the encrypted data value is decrypted based on the protection attributes. The decrypted value is then returned to the user.

**C.** Infringement Opinions

22.    The claim charts attached as <u>Exhibit B</u> contain my findings with respect to the literal infringement of the Protegrity '201 Patent by the Voltage Security, Inc. products that are identified in these charts of the asserted claims of the patents-in-suit as the Court has construed these claims in its Markman Order. I reserve the right to supplement these findings with respect to the infringement by these Voltage Security, Inc. products of the asserted claims of the patents-in-suit under the doctrine of equivalents, to the extent appropriate in light of any challenge Voltage Security, Inc. may make to my findings of literal infringement.

---

[25] Voltage SecureData Developer Guide, Version 5.0, page 2-20

Highly Confidential Information: Subject to Protective Order

23.     As set forth in the chart attached as Exhibit B, I find that the following products literally infringe the following claims of the patents-in-suit, as the Court has construed these claims in its Markman Order.

    a. Voltage SecureData Solution with Teradata UDFs

        '201 patent – claims 1, 5, 19 – 25, 29 – 31

    b. Voltage SecureData Solution with PL/SQL

        '201 patent – claims 1, 5, 19 – 25, 29 - 31

    c. Voltage SecureData with Tokenization

        '201 patent – claims 1, 5, 19 – 25, 29 - 31

Highly Confidential Information: Subject to Protective Order

## VII.   DECLARATION

25.   I declare under penalty of perjury that the foregoing is true and correct.


___/s/ Harry Direen_____
Harry G. Direen Jr.
DireenTech, Inc.


Date: December 4, 2012

Highly Confidential Information: Subject to Protective Order

# Exhibit A

# Curriculum Vitae

Harry G. Direen Jr., Ph.D., P.E.
2750 Old North Gate Rd.
Colorado Springs, CO 80921
Phone:    719-321-6620
Email:   hdireen@direentech.com

**Education**

Ph.D. Electronics Engineering / Control Systems
University of Colorado, 1996
Thesis: *Optimization of Wavelet Basis Controllers for Nonlinear Systems with Applications to Learning Control Systems*

BSEE  University of California at Irvine, 1982

**Professional Engineer**    Registered in Colorado, USA

# Experience

DireenTech Inc.
5/99 – Present

*COO/Consultant*
Involved in patent analysis and patent forensics work along with contracts in design and development.

The patent forensic work has involved both hardware and software product reverse engineering, which in part consists of comparing the technology in various products to inventions disclosed in a wide range of patents and the claims there-in. Products that I have reverse engineered include media players, modems, modem compression algorithms, coriolis mass flow meters, blood analysis meters and a variety of other products. I have successfully discovered and analyzed complex digital signal processing algorithms and pertinent operations within these products.

I designed and developed a 400 watt, switch-mode power supply technology, microprocessor controlled, neon light ballast for a start-up company. The ballast uses SEPIC converter coupled with a push-pull forward convertor, taking AC-line input to 10-KV output. The neon ballast has a number of unique features for which patents are being pursued. I have been responsible for all the electronic hardware design and development along with the embedded firmware design and development.

I designed and developed an automated software test system which uses a Laser-Micrometer to measure characteristics of high-precision, milling tools. The system contains motor controller for accurately placing and controlling tool position; measures tool parameters; performs significant analysis of the data, and displays the results. This is an on-going project with new features being added regularly.

I designed and developed embedded software along for an in-car camera system. The camera system captures continuous running videos of both in car and front of car locations. Video movies from before, during, and after an event are stored to a flash drive when triggered by an event such as a collision, panic button press, or door opening. The camera system contained an accelerometer, GPS, WiFi, USB, and other subsystems.

Other contracts I have been involved with include:
- High precision motor control of an optics system
- Microwave Power Amplifier for a satellite system
- FPGA design of an SPI command filter

Harry G. Direen Jr., Ph.D.                                                                                    Page 3

- Automated test software development for a focal plane array
- Embedded software development for high power RF amplifier


| | |
|---|---|
| Valdez International Co<br>Colorado Springs, CO<br>5/20/2011 - present | *Researcher for the Academy Center for UAS Research, Department of Electrical and Computer Engineering*<br>Responsible for the design and development of a Heterogeneous On-board Processing System for un-manned aerial systems. This software controls autonomous, cooperative, vertical take-off and landing vehicles and fixed wing vehicles under research in the department. This is a half+-time position at the Air Force Academy. |
| US Air Force Academy<br>Colorado Springs, CO<br>1/4/2011 – 5/20/2011 | *Instructor of Electrical Engineering*<br>Temporary half time position for 1 semester. Taught ECE315, an electronic engineering course for non-engineering majors. The course covered DC electronics through radar systems. |
| Xpriori LLC<br>Colorado Springs, CO<br>11/2003 – 2009 | *Chief Architect*<br>Chief architect for the Xpriori XMS native XML database, instrumental in all aspects of the architecting, design, development and coding of the database technology.<br><br>Provide direct customer interface and support on both military classified projects and commercial projects.<br><br>Worked with a partner company in writing and submitting an SBIR proposal for the use of the XML database product for a distributed, peer-to-peer, information management system. |
| NeoCore Inc.<br>Colorado Springs, CO<br>8/1/99 – 3/17/2003 | *Principal/Consulting Engineer*<br>Instrumental in the design, development and coding of NeoCore's XML database. This included development of the entire index structure and encapsulation of NeoCore's patented Digital Pattern Processing (DPP) into the database.<br><br>Designed and coded a BLAST (Basic Local Alignment Search Tool) plug-in module for the XML database, to search for DNA and protein sequences.<br><br>Design and development of network interface HW & SW. Designed and coded SW kernel and low level drivers for a firewall style network interface. HW based on QED RM7000, 64 bit RISK processor, and Intel NICs. Design of a dual 25 watt switch mode power supply for above.<br><br>Performed finite field and statistical analysis of NeoCore's Digital Pattern Processing (DPP) technology.<br><br>**Internal White Papers:**<br>a. Finite Fields and Properties of the NeoCore Icon Generator, Associative Processing Unit, and Associative Memory Controller used in Digital Pattern Processing<br>b. Couplet Hierarchy Vectors<br>c. NeoPacket Slider with Pre-Parser and Proximity Search Engine<br>d. Duplicate Tree Structures in DPP Virtual Associative Memories<br>e. DPP™ Memory Management (co-author)<br><br>**Center for Computational Biology (CCB** http://www.cudenver.edu/ccb/ **)**<br>a. Established NeoCore's connection with the UC Denver's CCB |

Harry G. Direen Jr., Ph.D.                                                                 Page 4

        b. Worked with the CCB on an application for NSF grant (02-058): Self-evolving
           Metadata Schema for Knowledge Building in Biological Databases
        c. Support of the Center of Computational Pharmacology use of NeoCore's
           database technology
        d. Developed and gave presentations on NeoCore's XML db technology at the
           CCBs company showcase, CU Denver computer science dept., and UCCS
           biology dept.

**Recognitions**
BioIT World Champion
(http://www.bio-itworld.com/champions/harry_g._direen,.html)

|  |  |
|---|---|
| Advisory Boards 2001 - 2004 | Member of Advisory Board for the Center of Computational Biology (http://www.cudenver.edu/ccb/) |
| | Member of UCCS Advisory Board for developing undergraduate courses in the emerging area of computational biology |
| Univ. of Colorado Colorado Springs 1/2000 – 5/2000 1/1999 – 5/1999 | *Honorarium Instructor at UCCS* Taught: Engineering Probability and Statistics (Under graduate level) Taught: Nonlinear Adaptive Control Systems (Graduate level) |
| ETO / ASTeX 8/85 – 7/99 | *Engineering Manager (3/97 – 7/99)* Established new engineering dept./group. Technical lead and project manager on new RF amplifier for high field MRI systems. Established product specifications, schedules, budgets. Hired engineers and technicians. Primary technical interface for all U.S. and international customers. |

*Senior / Principal Engineer (8/85 – 2/97)*
Principal design engineer for all embedded control for the full line of the companies RF amplifiers and RF generators. These products are used in MRI systems, semiconductor processing equipment, Laser equipment and other industrial and medical applications.

Responsibilities included hardware design of: microprocessor controls using single and multiprocessor designs, DSPs, FPGAs, A/D converters, DACs; analog signal processing, analog filters, analog feedback loops, and linear power supplies.

Responsible for all of the embedded software design, coding, and verification. Code development in assembly and C. The embedded software was responsible for: sequencing the systems on and off; user interface including parallel and serial RS-232; fault monitoring; adaptive digital feedback control loops; generator/amplifier safe operating area protection; and display interfaces.

Developed DSP based signal monitoring and processing modules. Responsible for both hardware and software development.

RF design of: low noise pre-amps; linear amplifiers; and RF signal processing. Familiar with the design of class D and class E RF amplifiers.

Taught theory of operation and service methods seminars to customers and customer service departments.

Provided product integration and support at customer sites. Often worked with customers to solve overall system level problems.

Harry G. Direen Jr., Ph.D.                                                                                          Page 5

| | |
|---|---|
| EF Johnson<br>4/84 – 7/85 | *RF / Analog Design Engineer*<br>High power, linear RF amplifier design (150 MHz).  Analog signal processing design.<br>Semi-custom IC design of a tone generator/decoder using switch cap. filters, analog,<br>and digital processing. |
| College of S. Idaho<br>9/84 – 12/84 | *Instructor*<br>Taught course in basic electronics. |
| Cubic Corp.<br>6/82 – 3/84 | *Design Engineer*<br>Design of 2 GHz, linear, solid state power amplifiers.  Single ended and push-pull<br>designs using bipolar and FET transistors.  Studied linearization techniques and<br>designed/built pre-distortion circuits.  The power amplifiers were designed for use in<br>GPS transponders on ICBMs. |
| Hardy Scales<br>7/74 – 8/81 | *Field Service Engineer / Technician*<br>Provided in-house production test and field service of industrial weighing and batching<br>equipment.  Provided service in U.S., Canada, Puerta Rico, and the Virgin Islands. |
| US Air Force Reserves<br>6/73 – 6/79 | *Electronic Service Technician*<br>Tech. School:  Electronic Comm. and Crypto. Equip. |

**Patents**
1. US Patent No: 7,089,382  Method of Operating a Hierarchical Data Document System having a Duplicate Tree Structure
2. US Patent No: 6,493,813  Method for Forming a Hashing Code
3. US Patent No: 20030066033, Method of performing set operations on hierarchical objects
4. US Patent No: 20020069232, Method and system for generating a transform
5. US Patent No: 20020049922, Search engine system and method
6. US Patent No: 20020046205, Method of operating a hierarchical data document system having a duplicate tree structure

**Publications**

Harry Direen and Mark Jones, *"Knowledge Management in BioInformatics"* Chapter 10 of *"XML and Databases"*, Addison-Wesley, March 2003

H. Direen, C. Brandin, M. Jones, C. Hedgepeth, and D. Dhin, *,Knowledge Management through a Kulll dgtenaiblen$t hema udependentnrKML Databaael* Droeeedings oathe 23rd Annual International Conference of the IEEE Engineering in Medicine and Biology Society, 2001.

Direen, H.G., Jr.; Fosha, C.E.; Frick, P.A. *"Pointwise Conditions for Improving Control on a Known Region of Asymptotic Stability"*, Proceedings of the 1997 American Control Conference, June 1997.

**Programming Languages**

C, C++, C#, Python
Assembly:  ARM, MIPS, Intel, TI & Motorola DSPs

Exhibit E

T Λ E U S

USPTO     Google

**United States Patent 6,321,201**

*Data security system for a database having multiple encryption levels applicable on a data element value level*

| | |
|---|---|
| **Abstract:** | A method and an apparatus for processing data provides protection for the data. The data is stored as encrypted data element values (DV) in records (P) in a first database (O-DB), each data element value being linked to a corresponding data element type (DT). In a second database (IAM-DB), a data element protection catalogue (DC) is stored, which for each individual data element type (DT) contains one or more protection attributes stating processing rules for data element values (DV), which in the first database (O-DB) are linked to the individual data element type (DT). In each user-initiated measure which aims at processing a given data element value (DV) in the first database (O-DB), a calling is initially sent to the data element protection catalogue for collecting the protection attribute/attributes associated with the corresponding data element types. The user's processing of the given data element value is controlled in conformity with the collected protection attribute/attributes. |

| | | | |
|---|---|---|---|
| **Inventors:** | Dahl, Ulf | **Assignee:** | Protegrity Corporation or Anonymity Protection in Sweden AB (Gothenburg, SE) |
| **Appl. No.:** | 09/027,585 | **Filed:** | February 23, 1998 |
| **Current US Class:** | 705/51 ; 707/999.009 | **Granted:** | November 20, 2001 |
| | | **Current International Class:** | G06F 1/00 (20060101); G06F 21/00 (20060101); G06F 017/60 () |
| **Field of Search:** | 380/4,3 707/104,1,9 705/1,50,51,54 | | |
| **Asserted Claim** | Claim 1, Claim 5, Claims 19 – 25, Claims 29 - 31 | | |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

   
T|A|E|U|S.

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| 1. A method for processing of data that is to be protected, comprising: | See Abstract | Voltage SecureData Products implement a method for processing of data that is to be protected. This method is comprised of the following steps:<br><br>As seen in Figure 1, Voltage SecureData is designed to protect data stored in databases. Figure 2 shows the components that make up the Voltage SecureData products.  Figure 20 shows some of the software components that make up the SecureData product.<br><br>**Overview of Voltage SecureData**<br><br><br><br>The Voltage SecureData solution is designed to provide protection of data, specifically credit card numbers, Social Security numbers and other data stored in databases and applications as shown in Figure 1-1.<br><br>Credit card info persistently encrypted in databases and applications<br><br>**Figure 1-1**  Voltage SecureData Solution<br><br>**Figure 1 Voltage SecureData Protecting Data**[1] |

[1] Voltage SecureData Architecture Guide, October 2011, Version 5.0, page 1-1. ATT001030

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel