| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | |  <br>**Figure 1-2** Voltage SecureData Solution Components<br>**Figure 2 Voltage SecureData Solution Components**[2]<br><br>Voltage SecureData provides software packages for encrypting and decrypting data to be protected within databases. The VibeSimple PL/SQL package is designed to work with Oracle databases, Figure 3. Voltage provides User Defined Functions (UDFs) to operate with TeraData databases, Figure 4. |

[2] Voltage SecureData Architecture Guide, October 2011, Version 5.0, page 1-2, ATT001031

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | **Using the VibeSimple PL/SQL Package**<br><br>Voltage provides an implementation of VibeSimple for PL/SQL. The VibeSimple functions are described in Chapter 3, "VibeSimple.jar." The Voltage Web Service APIs are packaged into a vibesimple PL/SQL package that uses the PL/SQL implementation of the SOAP client (soap_api.sql). A variety of other files and packages are included in the distribution to make implementing Voltage SecureData encryption services with Oracle PL/SQL easier.<br><br>**Figure 3 VibeSimple PL/SQL for Oracle Databases[3]**<br><br>**Using the Voltage User Defined Functions for Teradata**<br><br>Voltage provides a set of User Defined Functions (UDF) that allow you to protect and access data stored in a Teradata database. User-defined functions (UDF) are Teradata's mechanism to allow end-users to incorporate new functions into their database nodes and invoke them in any context that allows standard SQL functions. The formats used for protection are obtained from the Voltage SecureData server.<br><br>**Figure 4 Voltage UDFs for TeraData[4]**<br><br>Voltage SecureData supports Tokenization. The token along with the encrypted data item such as a credit card numbers are stored in a database (Figure 5 and Figure 6). |

[3] Voltage SecureData Developer Guide, Version 4.0.1a, page 4-1 (ATT000358)
[4] Voltage SecureData Developer Guide, Version 4.0.1a, page 5-1 (ATT000376)

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | **Understanding Tokenization**<br><br>Tokenization is alternate way to protect data and limit the scope of PCI audits. When an application or database uses tokens, instead of actual account numbers, that system generally falls outside the scope of a PCI audit. As a result, organizations that use Voltage SecureData Tokenization can reduce the size and expense of their audits.<br><br>**Figure 5 Voltage SecureData Tokenization[5]**<br><br>**Database Requirements for Tokenization**<br><br>A database table is created in the defined tokenization database each time a tokenization format is created. The database parameters are entered when the database resource is created in the Management Console. The user name specified when the resource is created must be able to CREATE tables, INDEX, and VIEW the database, not just SELECT, INSERT, UPDATE, and DELETE.<br><br>**Figure 6 Tokenization Database Requirements[6]** |

[5] Voltage SecureData Architecture Guide, October 2011, Version 5.0, page 1-12, ATT001041
[6] Voltage SecureData Architecture Guide, October 2011, Version 5.0, page 1-13, ATT001042

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| storing the data as encrypted data element values (DV) in records (P) in a first database (O-DB), | **Construction:**<br>**Record**: "the contents of the cells in a single row, optionally including any record identifier in that row."<br><br>**Data element value**: "a value which in a given record specifies a data element type."<br><br>**Column 2, Line 41**<br>*"Thus, the invention provides a method for processing of data that is to be protected, comprising the measure of storing the data as encrypted data element values of records in a first database (0-DB) each data element value* | Voltage SecureData stores data as encrypted data element values in records in a first database.<br><br>Figure 7 shows that SecureData stores encrypted data within a database. The database stores the encrypted data element values within records. This is the first database.<br><br>The Voltage SecureData solution is designed to provide encryption of data, including credit card numbers, Social Security numbers and other data stored in databases and applications. The Voltage SecureData SOA Encryption Web Services are part of the Voltage SecureData server and provide a Web Services encryption interface that can be used by any application capable of consuming WSDL information. The encryption functions have also been specifically adapted for PL/SQL and Teradata applications.<br><br>**Figure 7 Storing Encrypted Data in a Database**[7]<br><br>Voltage SecureData works with Oracle, TeraData, and other relational databases. These databases store data to be protected. A record is one row of protected data in the first database.<br><br>For Voltage Tokenization, SecureData creates a table in the database with the structure shown in Figure 8. The input data, such as a credit card number, is encrypted with an AES encryption key and random Initialization Vector (IV) and stored in the "vs_key" column. The token, for this case the credit card token, is stored in the "vs_val" column. An example |

[7] Voltage SecureData Developer Guide, Version 4.0.1a, page 1-1 (ATT000262)

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | *being, linked to a corresponding data element type."* | table is shown in VOLTAGE003175[8].<br><br>CREATE TABLE VOLTAGE.VS_LOOKUP_99<br>(<br>VS_KEY VARCHAR2(2048 BYTE)<br>VS_KEY_IV VARCHAR2(64 BYTE)<br>VS_KEY_MAC VARCHAR2(128 BYTE)<br>VS_VAL VARCHAR2(2048 BYTE)<br>VS_VAL_IV VARCHAR2(64 BYTE)<br>VS_VAL_MAC VARCHAR2(128 BYTE)<br>VS_VERSION INTEGER<br>VS_CREATION_TIME TIMESTAMP(6)<br>VS_UPDATE_TIME TIMESTAMP(6),<br>VS_TWEAK VARCHAR2(1024 BYTE),<br>VS_SPARE VARCHAR2(1024 BYTE)<br>);<br><br>▪ vs_key_iv = Random IV value, used to randomize the AES encryption of the input data<br>▪ vs_key = Input data encrypted with the AES encryption key and the random IV.<br>▪ vs_key_mac = HMAC (one-way hash) of input data<br>▪ vs_val_iv = Random IV value, used to randomize the AES encryption of the token<br>▪ vs_val = Randomly generated token encrypted with the AES encryption key and the random IV.<br>▪ vs_val_mac = HMAC (one-way hash) of randomly generated token<br>▪ vs_version = version number of rollover keys used to encrypt/hash the data.<br>▪ vs_creation_time = timestamp when random token was generated.<br>▪ vs_update_time = timestamp when data for this record was re-encrypted, during rollover.<br>▪ vs_tweak = currently not used<br>▪ vs_spare = currently not used<br><br>**Figure 8 Tokenization Database Table Structure[9]** |

[8] Voltage SecureData Tokenization Deployment Best Practices, Rev. 2.1, page 11

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | When a security administrator sets up a data type for tokenization through the SecureData Management Console, a tokenization database table is created in the selected database, Figure 9.<br><br>Format Name * <br>Protect only first five digits<br>Data Protection Type: Tokenization - randomly generated token<br>Tokenization DB *: Ora10<br>(You can manage the list of available database resources from the Resources page)<br>Tokenization Identity *: user@mycompany.com<br><br>When you create a format that uses the tokenization database, a tokenization database table is created immediately in the specified resource. If you try to deselect Use Tokenization Database in a format you are editing, before you have removed the tokenization table from the database, an error is displayed. Delete the tokenization table first.<br><br>**Figure 9 SecureData Creating a Tokenization Database[10]** |

[9] Voltage SecureData Tokenization Deployment Best Practices, Revision 2.1, pages 8 & 9 (VOLTAGE003172-3)
[10] Voltage SecureData Administrator Guide, Version 5.0, page 82 ATT001197

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

<table>
<tr><th>US Patent 6,321,201 Claim 1 Limitations</th><th>US Patent 6,321,201 Claim Construction and Specification Support</th><th>Voltage's SecureData Database System Product Elements</th></tr>
<tr><td>the first database (O-DB) having a table structure with rows and columns, each row representing a record (P) and each combination of a row and a column representing a data element value (DV), in the first database (O-DB) each data element value (DV) is linked to a corresponding data element type (DT)</td><td>Construction:<br>"in the first database, each data element value is linked to a corresponding field-based data element type." I construe the phrase "in the first database" to have its plain meaning.<br><br>Record: "the contents of the cells in a single row, optionally including any record identifier in that row."<br><br>Data element value: "a value which in a given record specifies a data element type."<br><br>Column 2, Line 41<br>"Thus, the invention provides a method for processing of data that is to be protected,</td><td>Voltage SecureData Products have a first database with rows and columns, in which each row of protected data represents a record and each combination of a row and a column representing a data element value. In this database, each data element value to be protected is linked to a corresponding data element type. This is evidenced as follows:<br><br>Oracle, TeraData, and other relational databases that SecureData works with store data to be protected (the Credit Card No column) in a first database composed of rows and columns. Each row of protected data in the first database represents a record, and each combination of a row and a column represents a data element value.<br><br>
<table>
<tr><th>First Name</th><th>Last Name</th><th>Date</th><th>Credit Card No</th></tr>
<tr><td>Bill</td><td>Smith</td><td>06-01-2012</td><td>1234-4567-9876-4321</td></tr>
<tr><td>Bob</td><td>Jones</td><td>07-02-2011</td><td>2345-6789-8765-5432</td></tr>
<tr><td></td><td></td><td></td><td></td></tr>
</table>
Example Database Table<br><br>Each data element value to be protected is linked to a corresponding data element type. In the example table, the credit card number,1234-4567-9876-4321, is linked to the "Credit Card No" type.<br><br>The table structure for the Voltage Tokenization solution is shown in Figure 8. An example table for credit cards is shown in VOLTAGE003175[11]. The data element values in the "vs_key" column are linked to the data type associated with the data element values, in the example given, the data element type will be: credit-card.</td></tr>
</table>

[11] Voltage SecureData Tokenization Deployment Best Practices, Rev. 2.1, page 11

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | *comprising the measure of storing the data as encrypted data element values of records in a first database (0-DB) each data element value being, linked to a corresponding data element type."*<br><br>**Column 3, Line 1**<br>*"Data element type" identifies a specific category of data. For example, identification information (name and address) could be a particular data element type. Whereas, some descriptive information (social allowance) could be a different data element type, and other descriptive information could be yet another different data element type. "Data element value"* | |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | *concerns a value which in a given record specifies a data element type.* | |
| storing in a second database (IAM-DB) a data element protection catalogue (DPC), which contains each individual data element type (DT) and one or more protection attributes stating processing rules for data element values (DV), which in the first database (O-DB) are linked to the individual data element type (DT); | **Construction:**<br>"A data element protection catalogue (DPC), which contains -- in a location other than a column heading of a table -- each individual data element type (DT) and one or more protection attributes stating processing rules for data element values associated with the data element types, where there is a direct mapping between data element types and their respective protection attributes."<br><br>I construe the phrase "in the first database" to have its plain | Voltage SecureData has a second database (IAM-DB) that stores a data element protection catalogue, which contains each individual data element type and one or more protection attributes stating processing rules for data element values. These data element values are linked to the individual data element type in the first database for each user-initiated measure aiming at processing of a given data element value in the first database. This is evidenced as follows:<br><br>The Voltage SecureData Server, Figure 2, contains a database. Analysis of the SecureData Server software shows that the SecureData Server uses a SQLite (www.sqlite.org) database managed by Django. Django is a high-level Python (a software programming language) Web framework that contains a database access API (www.djangoproject.com). The SQLite database is a second database. The "settings.py" source code file in the *SecureDataAppliance-3.4\dps_server-trunk-r99215\console\key_mgmt* directory contains the lines (starting at line 18):<br><br>DATABASE_ENGINE = 'sqlite3'<br>DATABASE_NAG E = '..sql sqetel ese.sql3'<br><br>The same reference was found in the "settings.py" source code file in the *SecureDataAppliance-3.3.2\dps-server-3.3…\console\key_mgmt* directory. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | meaning.<br><br>Data element value: "a value which in a given record specifies a data element type."<br><br>**Column 2, Line 48**<br>*"storing in a second database (IAM-DB) a data element protection catalogue, which for each individual data element type contains one or more protection attributes stating processing rules for data element values, which in the first database are linked to the individual data element type;* | The SecureData Management Console, Figure 2, allows a security administrator to set protection attributes for data types to be protected. Protection attributes may be setup for the following data types (ATT001177)[12]:<br><br>• Credit card numbers<br>• U.S. Social Security numbers<br>• Variable-length strings (VLS)<br>• Specified-format strings (SFS)<br>• Numbers<br>• Dates<br><br>Figure 21 shows an example set of format settings or protection attributes that may be set through the SecureData Management Console. The "Format Name" is used to link the protection attributes established in the SecureData Server and stored in the SecureData Server's database (the second database) with the data element types of protected data in the first database.<br><br>The "Data Protection Type" establishes the type of encryption algorithm used to encrypt and decrypt the data element type. The "Output Alphabet" establishes what characters may appear in FPE (Format Preserving Encryption) encrypted data. The "Data Protection Type" and "Output Alphabet" are two of SecureData's protection attributes that state rules for processing data. Other protection attributes include masking parameters. |

[12] [12] Voltage SecureData Administrator Guide, Version 5.0, page 62

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | The SecureData Server's database contains a data protection catalog which stores the protection attributes for each data element type. The SecureData server software contains a Python class, `FormatSpec`, defined in the file (there is a similar file in the SecureDataAppliance 3.3.2 source code):<br>**SecureDataAppliance-3.4\dps_server-trunk-r99215\console\soa\models.py**<br><br>The Python class, `FormatSpec`, defines a database table for storing data type and data format information within the SQLite database. The `FormatSpec` table has columns as shown in the Table 1 (not all of columns found are shown). The `FormatSpec` table is part of the data protection catalog stored in the SQLite database. There are other tables defined within the SQLite database in the SecureData Key Management Server. These tables contain additional information about encryption keys, "Districts", key rotation groups and other information related to protection attributes. These tables are part of the data protection catalog containing protection attributes that state rules for processing data that is to be protected.<br><br>The SecureData Server makes a portion of the data protection catalog available by publishing configuration files, clientPolicy.xml and vsconfig.txt (Figure 10 and Figure 11). |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | Data Protection Settings<br><br>All of the settings in this section apply to both the Voltage SecureData Web Services, the Voltage SecureData CL, Voltage SecureData for Payments, and the Voltage SecureData Simple API. By configuring these settings once here, you can be certain that all of your formats, and other system settings are consistent across applications and batch operations used to perform encryption. In addition, you only need to configure these settings once instead of having to do it separately for each interface.<br><br>The following can be performed:<br>• Format Settings<br>• Configuring Global System Settings<br>• Tokenization Rollover Settings<br><br>**Figure 10 SecureData Data Protection Settings**[13]<br><br>Using Formats<br><br>Formats created in the Voltage SecureData Management Console are available for clients to use by parsing the clientPolicy.xml or vsconfig.txt files published at deployment time. The Web Service gets its format information through an XML file that is also published by the Console when you deploy your changes.<br><br>**Figure 11 Protection Attribute Availability**[14]<br><br>An example clientPolicy.xml file named "keynumberpolicy.xml" (pages 1 – 9) was found with the Voltage source code. (Because of the protection order restrictions, a copy of the keynumberpolicy.xml file was not available to include with the report). This clientPolicy |

[13] Voltage SecureData Administrator Guide, Version 5.0, page 61 ATT001176
[14] Voltage SecureData Administrator Guide, Version 5.0, page 64 ATT001179

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | configuration file contains in part (the specific xml format is not include below, refer to the keynumberpolicy.xml file for specific details):<br><br>• encryptionSettings<br>  o DefaultFPETime value= "090101000000Z"<br>  o DefaultKeySize value="192"<br>  o USSSNFirstFiveOnly true<br>  o CreditCardNumberMaskInfo<br>    ▪ showLeading="1"<br>    ▪ showTrailing="4"<br>    ▪ maskCharacter="#"<br>    ▪ highestAccessLevel="true"<br>  o SocialSecurityNumberMaskInfo<br>    ▪ showLeading="1"<br>    ▪ showTrailing="4"<br>    ▪ maskCharacter="#"<br>    ▪ highestAccessLevel="true"<br>  o FormatMappings<br>    ▪ ...<br>    ▪ formatName="Custom-CreditCard"<br>      • value="0-9"<br>      • inputType="String"<br>      • rangeFormat="true"<br>      • unicode="false"<br>      • ignoreOutOfRange="true"<br>      • MaskInfo<br>        o showLeading="0"<br>        o showTrailing="5" |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
| --- | --- | --- |
| | | o maskCharacter="X"<br>o highestAccessLevel="false"<br>▪ …<br>• keyNumberConfig<br>o keyNumberTable<br>▪ keyNumber number="1"<br>▪ commanName="mask@dataprotection.voltage.com"<br>▪ time="080101000000Z"<br>▪ district="dataprotection.voltage.com#1188515279"<br>▪ application="data"<br>▪ algorthim="FPE"<br>▪ keySize="256"<br>▪ policy=""<br>▪ lable=""<br>o …<br><br>The clientPolicy configuration file contains the individual data element types and protection attributes stating processing rules for data element values. These protection attributes are linked to data element values in the first database. The configuration files published by the Voltage SecureData Server are organized collections of structured data derived from the SecureData Server's database, the second database. |
| for each user-initiated measure aiming at processing of a given data element value | **Construction:** Plain meaning of "initially producing a calling to the data element protection | Voltage SecureData initially produces a calling to the data element protection catalogue for collecting the protection attribute/attributes associated with the corresponding data element type. This is evidenced as follows: |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| (DV) in the first database (O-DB), initially producing a calling to the data element protection catalogue for collecting the protection attribute/attributes associated with the corresponding data element type,<br><br>and | catalogue for collecting the protection attribute/attributes associated with the corresponding data element type."<br><br>Plain meaning of the word "user" which I do not take to be limited to persons.<br><br>**Column 2, Line 54**<br>*"in each user-initiated measure aiming at processing of a given data element value in the first database, initially producing a compelling calling to the data element protection catalogue for collecting the protection attribute/attributes associated with the corresponding data element type, and compellingly* | To process (encrypt, decrypt, or decrypt with masking) a data element value, an encryption key must be obtained from the Voltage SecureData Server. Voltage software modules do provide means for caching encryption keys, but the encryption key must still be obtained from the Voltage SecureData Server at least the first time. Also, encryption and decryption process may occur locally at the client application by obtaining an encryption key from the Voltage SecureData Server or the data to be encrypted or decrypted may be sent to a service module on the SecureData Server in which case the encryption/decryption process will occur at the SecureData Server. In either case, the process of obtaining an encryption key and the encryption/decryption process are essentially the same.<br><br>Voltage SecureData uses an encoded identity to obtain an encryption key from the Voltage SecureData Server. A client application starts with a key name or identity that has the form of an email address. An encoded identity is generated by software modules provided by Voltage. The software modules take the key name or identity along with the data type and a time stamp and then extract protection attributes from the clientPolicy.xml and/or vsconfig.txt configuration file(s) (obtained from the SecureData Server) in order to generate the encoded identity (Figure 12 and Figure 13). Extracting protection attributes from the configuration information specified through the Management Console (the DPC) is initially producing a calling to the data protection catalog (DPC) to collect protection attributes. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | *controlling the processing of the given data element value in conformity with the collected protection attribute/attributes."* | See Figures 12 and 13 below |

**Figure 12 Encoded Identity Formation[15]**

**Figure 13 Voltage Identity Attributes[15]**

[15] Voltage SecureData Architecture Guide, October 2011, Version 5.0, page 2-3, ATT001048

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | **Table 2-1** Identity Fields (table below); Figure 14 Encoded Identity Fields[16]; Voltage supplies a software module: VibeSimple PL/SQL Package[17]. (text below) |

**Table 2-1** Identity Fields

| Field | Description |
|---|---|
| Common Name | The common name field is the foundation of the identity. Currently, the only type of common name supported by Voltage SecureData is in the form of an email address, which is case-insensitive. |
| Identitytimes | When the time field is used with symmetric protection, the date is a notBefore time and acts as another field that defines the key; changing the time is a way to roll over keys. |
| District | The domain name plus serial number. For more information about districts, see "Understanding Districts" on page 2-7. |
| Application | Specifies what type of data Voltage SecureData is protecting: disk data, database fields, etc. If not specified, the default is email. |
| Algorithm | An identifier of the algorithm used to protect the data. In this way, if the rest of the identity information (email address, key size, etc.) is the same, the key is still different for different protection algorithms. |
| Key Size | If the algorithm identifier specifies a key size, the key size field could be Triple-DES, AES-128-CBC, etc. |

**Figure 14 Encoded Identity Fields[16]**

Voltage supplies a software module: VibeSimple PL/SQL Package[17]. This package is designed to work with Oracle databases, and is designed to make it easy to implement encryption services such as transparent encryption and decryption of data element values within an Oracle database (Figure 15). The VibeSimple PL/SQL Package provides functions that can be added to database view and triggers. The functions added to views and triggers cause user initiated measures aimed at processing (encrypting or decrypting) data element values to use Voltage Web Service APIs to encrypt or decrypt the data element values.

[16] Voltage SecureData Architecture Guide, October 2011, Version 5.0, page 2-4, ATT001049
[17] Voltage SecureData Developer Guide, Version 4.0.1a, Chapter 4

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | **Using the VibeSimple PL/SQL Package**<br><br>Voltage provides an implementation of VibeSimple for PL/SQL. The VibeSimple functions are described in Chapter 3, "VibeSimple.jar." The Voltage Web Service APIs are packaged into a vibesimple PL/SQL package that uses the PL/SQL implementation of the SOAP client (soap_api.sql). A variety of other files and packages are included in the distribution to make implementing Voltage SecureData encryption services with Oracle PL/SQL easier.<br><br>**Figure 15 VibeSimple PL/SQL Package for Oracle Databases**[18]<br><br>The VibeSimple PL/SQL Package include functions for encrypting and decrypting specific data types (Voltage SecureData Developer Guide) such as:<br><br>• accessCreditCardNumber(…) which makes a calling to decrypt a credit card number.<br>• protectCreditCardNumber(…) which makes a calling to encrypt a credit card number.<br>• accessSocialSecurityNumber(…) which makes a calling to decrypt a social security number.<br>• protectSocialSecurityNumber(…) which makes a calling to encrypt a social security number.<br><br>The VibeSimple PL/SQL Package come with functions for encrypting and decrypting data types that are setup through the SecureData Management Console: |

[18] Voltage SecureData Developer Guide, Version 4.0.1a, page 4-1, ATT000358

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | • accessFormatedData(…) which makes a calling to decrypt a data element type. The data element type is passed into the accessFormatedData(…) function via the "format" parameter[19].<br>• protectFormatedData (…) which makes a calling to encrypt a data element type. The data element type is passed into the protectFormatedData (…) function via the "format" parameter[19].<br><br>Figure 16 shows a database view that supports the automatic encryption of a data element value. The steps in the process are:<br>1. A user (the application) initiates a measure to store or modify a payment data element value via an SQL request.<br>2. A trigger captures the request and makes a call to the Voltage SecureData SOA via a PL/SQL function provided by Voltage.<br>3. The SecureData SOA makes a calling to the clientPolicy.xml configuration file (a portion of the data protection catalog) to collect protection attributes associated with the data element type. After the SecureData SOA obtains the protection attributes, the data to be protected is encrypted in conformity with the collected protection attributes.<br>4. Finally, the encrypted value is stored as an encrypted data element value in the first database. |

[19] Voltage SecureData Developer Guide, Version 4.0.1a, page 4-10 & 11, ATT000367-8

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | **Figure 16 A Database Trigger for Transparent Encryption of Data**[20]<br><br>Figure 17 shows a database view that supports the automatic decryption of a data element value. The Voltage SOA makes a calling to the clientPolicy.xml configuration file (a portion of the data protection catalog) to collect protection attributes associated with the data element type. After the SecureData SOA obtains the protection attributes, the data to be protected is decrypted in conformity with the collected protection attributes. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | <br><br>**Figure 17 A Database View for Transparent Decryption of Data**[20]<br><br>Voltage supplies a set of User Defined Functions (UDFs) for Teradata Databases[21]. This set of UDFs is designed to make it easy to implement encryption services such as transparent encryption and decryption of data element values within Teradata database (Figure 18). The UDFs provides functions that can be added to database views and triggers. The functions added to views and triggers cause user initiated measures aimed at processing (encrypting or |

[20] Database Integration for Voltage SecureData SOA, page 4, ATT003534

[21] Voltage SecureData Developer Guide, Version 4.0.1a, Chapter 5

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | decrypting) data element values to use Voltage SecureData services to encrypt or decrypt the data element values.<br><br>**Using the Voltage User Defined Functions for Teradata**<br><br>Voltage provides a set of User Defined Functions (UDF) that allow you to protect and access data stored in a Teradata database. User-defined functions (UDF) are Teradata's mechanism to allow end-users to incorporate new functions into their database nodes and invoke them in any context that allows standard SQL functions. The formats used for protection are obtained from the Voltage SecureData server.<br><br>**Figure 18 Voltage User Defined Functions for TeraData[22]**<br><br>There are two UDFs supplied by Voltage that may be used with views and triggers for encrypting and decrypting data element values.:<br><br>• vsAccessFormatedData(…) which makes a calling to decrypt a data element type. The data element type is passed into the accessFormatedData(…) function via the "formatIn" parameter[23].<br>• vsProtectFormatedData (…) which makes a calling to encrypt a data element type. The data element type is passed into the vsProtectFormatedData (…) function via the "formatIn" parameter[19]. |

[22] Voltage SecureData Developer Guide, Version 4.0.1a, page 5-1, ATT000376
[23] Voltage SecureData Developer Guide, Version 4.0.1a, page 5-12 & 13, ATT000387-8

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | The use of the UDFs within database views and triggers is the same as that outlined in Figure 17 and Figure 16.<br><br>In Voltage SecureData, tokenization uses the same processes outlined above for encrypting and decrypting a data item to be protected, such as a credit card numbers. The Voltage SecureData Web Services are used for the encryption and decryption processes. The ProtectFormattedData[24] and AccessFormattedData functions are used to encrypt and decrypt the protected data element values. The "format" parameter is the date element type used to link to the data element type of the data element value. The functions must make a calling to the clientPolicy.xml configuration file (a portion of the data protection catalog) to collect protection attributes associated with the data element. For tokenization when a new data value is encrypted, the ProtectFormatedData function will both encrypt the data value and generate a token for the data value. Both the encrypted data value and the token value are stored in the database[25]. |

[24] Voltage SecureData Developer Guide, Version 4.0.1a, page 2-17 - 21, ATT000290 - 4

[25] Voltage SecureData Tokenization Deployment Best Practices, Rev. 2.1, page 11

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | **Tokenization Formats**<br>To use the tokenization feature, you must create a format that specifies tokenization and identify the database that holds the tokens and protected data. Then you perform the protect operation using Web Services or the Voltage SecureData Command Line. The tokens are generated and stored during the protection process. Changes to the format settings do not affect how data is being tokenized/de-tokenized if tokens were already created for that data.<br><br>**Figure 19 SecureData Tokenization**[26] |
| controlling the user's processing of the given data element value in conformity with the collected protection attribute/attributes. | **Construction:**<br>Plain meaning of the word "user" which I do not take to be limited to persons.<br><br>**Data element value:** "a value which in a given record specifies a data element type."<br><br>**Column 2, Line 54**<br>*"in each user-initiated measure aiming at* | The Voltage SecureData Product controls the user's processing of the given data element value in conformity with the collected protection attribute/attributes. This is evidenced as follows:<br><br>Voltage SecureData provides the software modules for encrypting and decrypting data. The encryption, decryption, and decryption with masking are accomplished in conformity with the collected protection attributes. |

[26] Voltage SecureData Administrator Guide, Version 5.0, page 65 ATT001180

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

| US Patent 6,321,201 Claim 1 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | *processing of a given data element value in the first database, initially producing a compelling calling to the data element protection catalogue for collecting the protection attribute/attributes associated with the corresponding data element type, and compellingly controlling the processing of the given data element value in conformity with the collected protection attribute/attributes."* | |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel