T A E U S

## Voltage SecureData Software

The Voltage SecureData software offers comprehensive data protection options, including support for Voltage IBE, Voltage FPE, tokenization, embedded key information, and other traditional protection methods such as AES. These options ensure that all data can be protected, regardless of data structure or application format requirements.

Voltage SecureData software can include the following components:

*   **Voltage SecureData Key Management Server—Centralized Voltage key management.**

*   **Voltage SecureData Management Console—Centralized configuration and reporting across the entire Voltage SecureData solution.**

*   **Voltage SecureData Web Services Server—Web Service data protection option for SOA environments.**

*   **Voltage SecureData Simple API—A simplified interface on top of the Voltage Encryption Toolkit that is intended to make incorporating the protection/access functionality directly into existing applications.**

*   **Voltage Encryption Toolkit—High-performance low-level IBE Elliptic Curve Cryptography toolkit with work with standard cryptographic libraries such as AES, SHA256, RSA, etc. The Toolkit interfaces directly with the Voltage SecureData Key Management Server.**

*   **Voltage POS SDK—A light-weight C SDK with a subset of low-level IBE Elliptic Curve Cryptography toolkit protection functions specifically designed to be embedded directly in Point of Sales (POS) devices or software-based ECR systems.**

*   **Voltage Host SDK—A subset of low-level IBE Elliptic Curve Cryptography toolkit data protection functions specifically designed to be incorporated into a payments host. These APIs take data and keys protected with the POS API and access and then reprotect the data before it enters the payment providers database.**

*   **Voltage SecureData for z/OS—Provides the full Simple API functionality on z/OS, callable from LE or any other compiled language. Includes z/FPE, an advanced bulk data protection tool for protecting flat files or DB2 data as it is unloaded via IBM DB2 HPU.**

*   **Voltage SecureData Web—Encryption of PAN and CVV data for web-based purchases.**

**Figure 20 Voltage SecureData Software (ATT001032 - 3)[27]**

---

[27] Voltage SecureData Architecture Guide, October 2011, Version 5.0

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T·A·E·U·S

Privileged and Confidential
Prepared at the Direction of Counsel



**Figure 21 SecureData Protection Attributes for a Data Type[28]**

[28] Voltage SecureData Administrator Guide, Version 5.0, page 66 ATT001181

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

T A E U S

## Table 1  SecureData Database Table (FormatSpec) for Data Types

(This is a partial table, not all column data is shown)

| Column Name | Definition |
|---|---|
| name | Data type name, used to reference this data type |
| formatType | VAR String, FIX String, Credit Card number, US SSN |
| inputType | String, Oracle Date, Number |
| unicode | Boolean to determine if string type is unicode |
| ignoreOutOfRange | |
| characterSet | Input alphabet |
| outputCharacterSet | |
| maxKeyNumCount | Used for maximum key rotation number in eFPE |
| formatString | |
| minValue | Minimum value for a number |
| maxValue | Maximum value for a number |
| retain_leading | For credit cards the number of leading numbers to retain |
| retain_trailing | For credit cards the number of trailing numbers to retain |
| lookup_db | Database for Tokenization |
| lookup_table | Database Table for Tokenization |
| lookup_identity | Identity used for Tokenization |
| other | There are a variety of additional column definitions |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T A E U S.

| US Patent 6,321,201<br>Claim 5 Limitations | US Patent 6,321,201<br>Claim Construction and<br>Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| 5. A method as claimed in claim 1, wherein the protection attribute/ attributes of the data element types comprise attributes stating rules for encryption of the corresponding data element values in the first database (O-DB). | **Construction:**<br>I construe the phrase "in the first database" to have its plain meaning.<br><br>**Data element value:** "a value which in a given record specifies a data element type."<br><br>**Column 8, line 2**<br>"If the descriptive information DI at issue is to be stored as a data element value DV associated with the specific data element type DT1 in the data element protection catalogue, the protection attribute "5" registered in the data element protection catalogue is collected automatically in this case. The descriptive information DI at issue will thus, automatically and compellingly, be encrypted with the strength "5" for generating an encrypted data element value DV" | See Claim 1.<br><br>In the method implemented by the Voltage SecureData Product the protection attribute/ attributes of the data element types comprise attributes stating rules for encryption of the corresponding data element values in the first database. This is evidenced as follows:<br><br>In Figure 21 the "Data Protection Type" is an attribute stating rules for encryption of the corresponding data element values in the first database. In Figure 21 the Data Protection Type is FPE (Format Preserving Encryption) with embedded key number. This encryption rule states that the key number must be embedded into the encrypted value.<br><br>Figure 22 shows that the encoded identity used to obtain an encryption key from the SecureData Server uses an "Algorithm" protection attribute. This attribute states rules for encryption of the data element values. |

©2012 TAEUS International Corporation<br>All Rights Reserved<br>www.TAEUS.com

Privileged and Confidential<br>Prepared at the Direction of Counsel

T∧E∪S

| US Patent 6,321,201 Claim 5 Limitations | US Patent 6,321,201 Claim Construction and Specification Support |
|---|---|
| | **Voltage's SecureData Database System Product Elements**<br><br>**Table 2-1  Identity Fields**<br><br>| Field | Description |<br>|---|---|<br>| Common Name | The common name field is the foundation of the identity. Currently, the only type of common name supported by Voltage SecureData is in the form of an email address, which is case-insensitive. |<br>| IdentityTimes | When the time field is used with symmetric protection, the date is a notBefore time and acts as another field that defines the key; changing the time is a way to roll over keys. |<br>| District | The domain name plus serial number. For more information about districts, see "Understanding Districts" on page 2-7. |<br>| Application | Specifies what type of data Voltage SecureData is protecting: disk data, database fields, etc. If not specified, the default is email. |<br>| Algorithm | An identifier of the algorithm used to protect the data. In this way, if the rest of the identity information (email address, key size, etc.) is the same, the key is still different for different protection algorithms. |<br>| Key Size | If the algorithm identifier specifies a key size, the key size field could be Triple-DES, AES-128-CBC, etc. |<br><br>**Figure 22 Encryption Algorithm Attributes[29]** |

[29] Voltage SecureData Architecture Guide, October 2011, Version 5.0, page 2-4, ATT001049

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T∧E∪S.

| US Patent 6,321,201 Claim 19 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| 19. The method as set forth in Claim 1, wherein the data element protection catalogue (DPC) containing each individual data element type (DT), comprises storing each individual data element type (DT) as data element type data in the data element protection catalogue (DPC). | Column 2, Line 46 "The inventive method is characterised by the following further measures: storing in a second database (IAM-DB) a data element protection catalogue, which for each individual data element type contains one or more protection attributes stating processing rules for data element values, which in the first database are linked to the individual data element type," | See claim 1.<br><br>In the method implemented by the Voltage SecureData Product, the data element protection catalogue containing each individual data element type, comprises storing each catalogue. This is evidenced as follows:<br><br>Figure 23 shows a SecureData Management Console for establishing a "Salary" data type. Part of the salary data type is Minimum and Maximum salary values. The Minimum and Maximum salary values are data element data type that are stored in the data protection catalog within the SecureData Server's database. Table 1 has minValue and maxValue columns for storing this data. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T|A|E|U|S

Privileged and Confidential
Prepared at the Direction of Counsel



**Figure 23 SecureData Management Console for Establishing a Salary Data Type[30]**

[30] Voltage SecureData Administrator Guide, Version 5.0, page 77 ATT001192

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

T A E U S

| US Patent 6,321,201 Claim 20 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| 20. The method as set forth in claim 19, wherein the data element protection catalogue (DPC) containing the one or more protection attributes stating processing rules for data element values (DV), comprises storing the one or more protection attributes stating processing rules for data element values (DV) as data element value data in the data element protection catalogue (DPC). | **Construction:** "A data element protection catalogue (DPC), which contains -- in a location other than a column heading of a table -- each individual data element type (DT) and one or more protection attributes stating processing rules for data element values associated with the data element types, where there is a direct mapping between data element types and their respective protection attributes." <br><br> **Data element value:** "a value which in a given record specifies a data element type." <br><br> **Column 3, Line 24** "Protection attribute indicating rules of processing" may concern: data stored in the data element protection catalogue and | See Claim 19. <br><br> In the method implemented by the Voltage SecureData Product the data element protection catalogue (DPC) containing the one or more protection attributes stating processing rules for data element values, comprises storing one or more protection attributes stating processing rules for data element values as data element value data in the data element protection catalogue. This is evidenced as follows: <br><br> When a security administrator sets up a data type through the SecureData Management Console, a number of protection attribute values are selected, Figure 24. In the example shown in Figure 24, the security administrator selected a "Data Protection Type" of eFPE. A "Key Rotation Group" was selected and an "Output Alphabet" has been established. The values in the protection attributes represent data element value data that must be stored in the data protection catalog within the SecureData Server's database. In addition to these protection attributes, Format Mask Settings may also be established for the data type. The Format Mask Settings represent additional protection attributes stating rules for data element values. The Format Mask Settings protection attributes will be stored as data element value data in the data protection catalog. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T|A|E|U|S

| US Patent 6,321,201 Claim 20 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | providing complete information on the rule or rules applying to the processing of the corresponding data element, and/or data stored in the data element protection catalogue and requiring additional callings to information stored in some other place, which, optionally in combination with the protection attributes, states the processing rules involved." | |

Privileged and Confidential
Prepared at the Direction of Counsel

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

T|A|E|U|S.



**Figure 24 SecureData Protection Attribute Value Data[31]**

Privileged and Confidential
Prepared at the Direction of Counsel

---

[31] Voltage SecureData Administrator Guide, Version 5.0, page 66 ATT001181

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

T/A/E/U/S

| US Patent 6,321,201 Claim 21 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| 21. The method as set forth in claim 20, wherein the storing of the data element type data and the data element value data in the data element protection catalogue (DPC), comprises storing data element type data and its corresponding data element value data in rows in the data element protection catalogue (DPC). | **Construction:** Data element value: "a value which in a given record specifies a data element type." **Column 2, Line 46** "The inventive method is characterised by the following further measures: storing in a second database (IAM-DB) a data element protection catalogue, which for each individual data element type contains one or more protection attributes stating processing rules for data element values, which in the first database are linked to the individual data element type." **Column 4, Line 45** "Statement of what "strength" or "level" (for instance none, 1, 2 … ) of encryption is to be used for | See Claim 20. In the method implemented by the Voltage SecureData Product the storing of the data element type data and the data element value data in the data element protection catalogue, comprises storing data element type data and its corresponding data element value data in rows in the data element protection catalogue. This is evidenced as follows. Table 1 shows the structure of a portion of SecureData's data element protection catalog. Columns formatType, minValue, maxValue, unicode, and others store data element type data. Columns outputCharacterSet, retain_leading, retain_trailing, and others contain data element value data which state processing rules for data element values. The data element type data and the corresponding data element value data is stored in rows in the data element protection catalog. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T A E U S.

| US Patent 6,321,201 Claim 21 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | storing the corresponding data element values in the database. Different data element values within one and the same record may thus be encrypted with mutually different strength." **Column 4, Line 60** "Statement of sorting-out rules for the corresponding data element values, for instance, statement of method and time for automatic removal of the corresponding data element values from the database." | |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T|A|E|U|S.

| US Patent 6,321,201 Claim 22 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| 22. The method as set forth in claim 21, wherein the storing of the data element type data and the data element value data in the data element protection catalogue (DPC), comprises storing data element type data and its corresponding data element value data in different rows in the data element protection catalogue (DPC). | **Construction:** Data element value: "a value which in a given record specifies a data element type." <br><br> **Column 4, Line 45** "Statement of what "strength" or "level" (for instance none, 1, 2 ... ) of encryption is to be used for storing the corresponding data element values in the database. Different data element values within one and the same record may thus be encrypted with mutually different strength." <br><br> **Column4, Line 60** "Statement of sorting-out rules for the corresponding data element values, for instance, statement of method and time for automatic removal of the corresponding data element values from the database." | See Claim 21. <br><br> In the method implemented by the Voltage SecureData Product the storing of the data element type data and the data element value data in the data element protection catalogue, comprises storing data element type data and its corresponding data element value data in different rows in the data element protection catalogue. This is evidenced as follows. <br><br> Table 1 shows the structure of a portion of SecureData's data element protection catalog.  Each row of this table contains the data element type data and the corresponding data element value data for a data type.  Each data type stores the data element type data and the corresponding data element value data in a different row in the data element protection catalog. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T|A|E|U|S.

| US Patent 6,321,201 Claim 22 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | **Column 3, Line 8** ""Record" concerns a number of data element values which belong together and which are linked to the respective data element types, optionally also including a record identifier, by means of which the record can be identified. | |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T A E U S

| US Patent 6,321,201 Claim 23 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| 23. The method as set forth in claim 22, wherein the data element type data and its corresponding data element value data are stored in respective fields in the rows. | **Construction:** Data element value: "a value which in a given record specifies a data element type." <br><br> **Column 4, Line 45** "Statement of what "strength" or "level" (for instance none, 1, 2 … ) of encryption is to be used for storing the corresponding data element values in the database. Different data element values within one and the same record may thus be encrypted with mutually different strength." <br><br> **Column4, Line 60** "Statement of sorting-out rules for the corresponding data element values, for instance, statement of method and time for automatic removal of the corresponding data element values from the database." | See Claim 22. <br><br> In the method implemented by the Voltage SecureData Product, the data element type data and its corresponding data element value data are stored in respective fields in the rows. This is evidenced as follows: <br><br> Table 1 shows the structure of a portion of SecureData's data element protection catalog.  The data element type data and the corresponding data element value data are stored in their respective fields in the rows. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T|A|E|U|S

| US Patent 6,321,201 Claim 23 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | **Column 3, Line 8** <br> ""Record" concerns a number of data element values which belong together and which are linked to the respective data element types, optionally also including a record identifier, by means of which the record can be identified." | |

©2012 TAEUS International Corporation<br>All Rights Reserved<br>www.TAEUS.com

Privileged and Confidential<br>Prepared at the Direction of Counsel

T A E U S

| US Patent 6,321,201 Claim 24 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| 24. The method as set forth in claim 23, wherein each row comprises one field containing one of the data element type data and other fields containing its one or more protection attributes. | **Column 3, Line 8** ""Record" concerns a number of data element values which belong together and which are linked to the respective data element types, optionally also including a record identifier, by means of which the record can be identified." | See Claim 23.<br><br>In the method implemented by the Voltage SecureData Product, each row comprises one field containing one of the data element type data and other fields containing its one or more protection attributes. This is evidenced as follows:<br><br>Table 1 shows the structure of a portion of SecureData's data element protection catalog. The formatType field contains data element type data. The outputCharacterSet, retain_leading, retain_trailing, and other fields contain protection attributes for the formatType data type. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T A E U S.

| US Patent 6,321,201 Claim 25 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| 25.    The method as set forth in Claim 24, further comprises adding a new data element type data (DT) in a new field in a new row in the data protection catalogue (DPC) and adding new data element value data of one or more protection attributes stating processing rules for that data element value (DV) associated with the new data element type (DT) as data element type data in other new fields of the new row and linking at least one of the data element value in the first database to the new data element type (DT) in the data protection catalogue (DPC). | **Construction:** I construe the phrase "in the first database" to have its plain meaning. "A data element protection catalogue (DPC), which contains -- in a location other than a column heading of a table -- each individual data element type (DT) and one or more protection attributes stating processing rules for data element values associated with the data element types, where there is a direct mapping between data element types and their respective protection attributes." Data element value: "a value which in a given record specifies a data element type." | See Claim 24 The method implemented by the Voltage SecureData Product comprises adding a new data element type data in a new field in a new row in the data protection catalogue and adding new data element value data of one or more protection attributes stating processing rules type data in other new fields of the new row and linking at least one of the data element value in the first database to the new data element type in the data protection catalogue. This is evidenced as follows: Figure 25 shows a SecureData Management Console for adding a Salary data type to the data protection catalog.  Each new data type established through the SecureData Management Console adds a new row in Table 1.  The new row will contain the data element type data and the corresponding data element value data as set by the security administrator through the SecureData Management Console.  The data element type data and the corresponding data element value data will be added to the fields in the new row in the data element protection catalog. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel



**Figure 25 SecureData Management Console for Establishing a Salary Data Type[32]**

[32] Voltage SecureData Administrator Guide, Version 5.0, page 77 ATT001192

Privileged and Confidential
Prepared at the Direction of Counsel

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

T A E U S

| US Patent 6,321,201 Claim 29 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| 29. The method as set forth in claim 1, wherein the data- base protection catalogue is inaccessible to a user. | **Construction:** Plain meaning of the word "user" which I do not take to be limited to persons.<br><br>**Column 6, Line 2** "This database IAM-DB is preferably physically separated from the other O-DB and is inaccessible to the user." | See Claim 1.<br><br>In the method implemented by the Voltage SecureData Product, the data- base protection catalogue is inaccessible to a user. This is evidenced as follows:<br><br>The SecureData Server's database is only available to an administrator of the SecureData Server so it is not available to user accessing data in the first database.  The configuration files, clientPolicy.xml and vsconfig.txt, published by the SecureData Server are stored outside of the first database and as such are not accessible to the user of the first database.  Therefore the data protection catalog is inaccessible to a user. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T|A|E|U|S.

| US Patent 6,321,201 Claim 30 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| 30. The method as set forth in claim 1, wherein the database protection catalogue is physically separate from the first database. | **Column 6, Line 2** "This database IAM-DB is preferably physically separated from the other O-DB and is inaccessible to the user." | See Claim 1.<br><br>In the method implemented by the Voltage SecureData Product, the database protection catalogue is physically separate from the first database. This is evidenced as follows:<br><br>The SecureData Server's database is contained within the SecureData Server which is physically separate from the first database.<br><br>The VibeSimple PL/SQL Package used with Oracle databases makes calls to the SecureData SOA Web Server which is physically separate from the Oracle database. The clientPolicy.xml configuration file published by the SecureData Server is stored on the SecureData SOA Web Server and not at the Oracle database. Therefore the data protection catalog is physically separate from the first database.<br><br>SecureData Tokenization also uses the SecureData SOA Web Server (Figure 27) which is physically separate from the first database. Therefore the data protection catalog is physically separate from the first database when using the SecureData Tokenization solution. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T A E U S

| US Patent 6,321,201 Claim 30 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| | | There are two different ways to call the Voltage SecureData Encryption Web Services from PL/SQL: |
| | | • Using the *vibesoap.sql* PL/SQL package that uses UTL_HTTP to connect to the Voltage SecureData SOA Web Services. Use this package when you are connecting to SecureData using HTTP or HTTPS with Oracle version 10g or later. |
| | | • Using the *vibesoaj.sql* PL/SQL package that connects to the Voltage SecureData SOA Web Services using Java stored procedures. Use this package when you are accessing SecureData via HTTPS from an Oracle 9i server. |
| | | **Figure 26 SecureData PL/SQL uses SOA Web Services[33]** |
| | | note  Tokenization is only available through the Voltage SecureData Encryption Web Services interface. This feature is not available through the Voltage SecureData CL or the Simple API. |
| | | **Figure 27 SecureData Tokenization uses Web Service Interface[34]** |

[33] Voltage SecureData Developer Guide, Version 4.0.1a, page 4-1 (ATT000358)
[34] Voltage SecureData Architecture Guide, October 2011, Version 5.0, page 1-13, ATT001042

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

T|A|E|U|S

| US Patent 6,321,201 Claim 31 Limitations | US Patent 6,321,201 Claim Construction and Specification Support | Voltage's SecureData Database System Product Elements |
|---|---|---|
| 31. The method as set forth in claim 1, wherein the data-base protection catalogue is physically separate from the first database and is inaccessible to a user. | **Construction:** Plain meaning of the word "user" which I do not take to be limited to persons.<br><br>**Column 6, Line 2** "This database IAM-DB is preferably physically separated from the other O-DB and is inaccessible to the user." | See Claim 1.<br><br>In the method implemented by the Voltage SecureData Product, the data-base protection catalogue is physically separate from the first database and is inaccessible to a user. This is evidenced as follows:<br><br>As seen in claims 29 and 30, the data protection catalog is both physically separate and inaccessible to a user. |

©2012 TAEUS International Corporation
All Rights Reserved
www.TAEUS.com

Privileged and Confidential
Prepared at the Direction of Counsel

# Exhibit C

Exhibit C

References

Page 2 of 4

| File Name | Fille anDacumenl | Dale | a amt:agen |
|---|---|---|---|
| Platforms May 28 2009 final | Pl at rl r ata Corl  Platform Pt pprt Partnl rship P ith or mr | Mayt09 | P9 |
| Pr aorahitl attr l a3.0.2 | Poltaol  Pl at rl r ata orahitl att rl  Gt idl | PantP0 | PP |
| Pr al staPraatial sarl ahNotl | Poltaol  Pl at rl r ata r l vl lopl r t l st Praatial s r l ahniaal Notl | Pl pt09 | P8 |
| Pr ar l vl lopl ra3.0.2 | Poltaol  Pl at rl r ata r l vlopl r Gt idl | PantP0 | Pl O |
| Pr ar l vl lopl ral  0 Pa | Poltaol  Pl at rl r ata r l vlopl r Gt idl | PantP0 | P0O |
| Pr atf Par l vl lopl ra2.P.0 | Poltaol  Pl at rl r ata for t rf  Pr l vl lopl r Gt idl | Pl atP0 | P28 |
| Pl ssionPlCsharp | Poltaol  Pl at rl r ata r rainino | PantP0 | 28 |
| Pl ssion2tPava | Poltaol  Pl at rl r ata r rainino Pava oPc | PantP0 | 30 |
| Pl ssion3tPf P | Poltaol  Pl at rl r ata r rainino for t rf  P | PantP0 | P0 |
| Poltaol Pl at rl r ata t Mainframl | Poltaol  Pl at rl r ata Mainframl  orahitl att rl | no dat l listl d | 8 |
| Poltaol Pl at rl r ata t PoP dhtl oration and r l mo slidl s | Poltaol  Pl at rity Protl ation of r ata in PoP Pystl ms | no dat l listl d | 30 |
| Poltaol Pl at rl r ata r l vl lopl r rrainino Pl ptl mal r 2008 | Poltaol  Pl at rl r ata r l vl lopl r rrainino | Pl pt08 | 03 |
| Poltaol Pl at rl r ata rl ah Notl t Mainframl Pl rformanal Gt idanal t f P PPt2 | Poltaol  Pl at rl r ata rl ah Notl | Rt nt09 | 0 |
| Poltaol r oolyit Pimpll oPd3.P.t Prror Codl s | Poltaol r oolyit Pimpll  oPd3.P.Pt Prror Codl s | no dat l listl d | Pl |
| Poltaol aPnaryptionar oolyitaPimpll oPd3.8.x | Poltaol  Pnaryption r oolyit Pimpll  oPd r l vl lopl r Gt idl | PantP0 | P20 |
| Poltaol aPl at rl r ataal .P.PaRl lNotl | Poltaol  Pl at rl r ata opplianal  Pl rsion l .P.P Rl ll asl  Notl s | f attPP | P |
| Poltaol aPl at rl r ataa0.0ar ataaasl aPl rforma nal atl ahnotl | Poltaol  Pl at rl r ata rl ahniaal Notl | f attPP | l |
| Poltaol aPl at rl r ataa0a0aRl lNotl | Poltaol  Pl at rl r ata opplianal  Pl rsion 0.0 Rl ll asl  Notl s | f attPP | P |

Exhibit C

References

Page 3 of 4

| | | |
|---|---|---|
| Voltage_SecureData_CL_User_GuideV | Voltage\SecureData\Command\Line\User\GuideV | Vol tagV VgV |
| Voltage_SecureData_Ceradata_aiai2_RelVoteV | Voltage\SecureData\Ver\Ceradata\aiai2\Release\VotesV | DectaaV W |
| Voltage_SecureDataCL_2iV_RelVoteV | Voltage\SecureData\CL\Version2\Vig\Release\VotesV | Vol tgW W |
| Voltage_SecureDataSimmfenPl_ViaVigd_Janu arl 2ga2_RelVoteV | Voltage\SecureData\SimmfenV\PlV\ersion\ViaVigd\Release\VotesV | Janta2V W |
| VoltageSD_nmfiiance_Lig_nrcGtectureV | Voltage\SecureData\nrcGtecture\GuideV | VcttaaV VgV |
| VoltageSD_nmfiiance_Lig_n anagementCons ole_ndminV | Voltage\SecureData\dministrator\GuideV | VcttaaV aoW |
| VoltageSD_nmfiiance_Lig_n el Serl ices_Del elomerV | Voltage\SecureData\Del elomer\GuideV | VcttaaV aV2V |
| VoltageSD_nmfiiance_UmfategVVgaa_InstallV | Voltage\SecureData\Umfate\Installation\ InstructionsV | VcttaaV W |
| VoltageSD_SimmfenPl_ViaV_Del elomerV | Voltage\SecureData\SimmfenV\PlV\Del elomer\ GuideV | nmrtaaV aVW |
| VoltageSD_Ceradata_aiai2_Del elomerV | Voltage\SecureData\Ver\Ceradata\Del elomer\ GuideV | DectaaV VoV |
| CoRCig\Cn\ClV\V\P\nGosV\orV\oGn\V\ ealdVDemo\ VtaV2aV | Certi\Vcate\oV\Demosition\V\orV\V\2\V\n onLDV | VtSerta2V LV |
| CoRCig\Cn\C1V\V\P\nGosV\orV\dimotG\V\CGommonV DemoVonVt2Vta2V | Certi\Vcate\oV\Demosition\V\orV\dimotG\V\CGommonV | nugiV2V 2ga2V W |
| tGommon_VdimotG\V\too2la\ClV\V | United\States\V\District\Court\oV\CeRas_V\Sul mena\ to\V\CestiV\V\t\V\Demosition\V\n\V\Cil ilV\nctionV | Vaa2o2ga2V W |
| tGommon_VdimotG\V\too2la\ClV\V | United\States\V\District\Court\oV\CeRas_V\Sul mena\ to\V\CestiV\V\t\V\Demosition\V\n\V\Cil ilV\nctionV | Vo2V\o2ga2V LV |
| tGommon_VdimotG\V\too2la\ClV\V | United\States\V\District\Court\oV\Connecticut\V | Vo\Vo2ga2V W |

Exhibit C

References

| | | tpntps | p, o |
|---|---|---|---|
| thompson, timothy t t horpnm, | t oapsT , Tci rTDptp DTvTapTr Gi idT | t htti ntpt | |
| Thompson, Timothy t t oom | t nitTd , tptTs District Coi rt of ConnTctici t | ti apt | |
| t Tpad, tohn t t oc | t nitTd , tptTs District Coi rt of ConnTctici t | ti ay t h t t spt | |
| mosTr, rosTph s p | , i rsTriTs t or tosTph t nD osTr | t tti app | p |
| mosTr, rosTph s t | tist of D Tdiciptions for tosTph t nD osTr | ti n T t T t spt | p |
| mosTr, rosTph s T | tosTph t nD osTr's D Tdicpomsi rpncT ndTrntifcption | | p |
| t Tpad, rohn s p | t nitTd , tptTs District Coi rt of ConnTctici t Third TmTndTrd DoticT Ts (b)(6) DTpostion | ti ay ph t s pt | t s |
| t Tpad, rohn s t | t oapsT , Tci rTDptp TrchitTcti rT Gi idT | t cttpp | t s |
| t Tpad, rohn s T | t oapsT , Tci rTDptp Tdministrptor Gi idT | t cttpp | pht |
| t Tpad, rohn s , | t oapsT , Tci rTDptp o , D , i ppdTmTnt | t cttpp | Tt |
| t Tpad, rohn s o | t oapsT , Tci rTDptp TovTnibption DTpaoymTnt pTst s rpcticTs | t ohibit o sh/ph/pt | pp |
| t Tpad, rohn s 6 | t oapsT mtTsrsption for t oapsT , Tci rTDptp, t T | t ohibit 6 sh/ph/pt | , |
| t Tpad, rohn s h | DptpbpsT TrissTrs rortTct | t ohibit h sh/ph/pT | T |
| t Tpad, rohn s h | , Tci rTDptp TppopnCt TC | t ohibit h sh/ph/pT | pTt |
| t Tpad, rohn s t | t oapsT , Tci rTDptp CommpndtinT t sTr Gi idT | t ohibit t sh/ph/pT | os |
| t Tpad, rohn ps | Ds , pTy GTnTrptor DTsisn , pTcificption | t ohibit ps sh/ph/pT | , h |
| t Tpad, rohn htphtpt | CTrtificptT of DTpostion for tt oD t t TtD | h/ph/t s pt | o |

**<u>Exhibit D</u>**



Engineering Intellectual Property

July 31, 2012

Mr. Stefan V. Stein
Gray-Robinson, P.A.
201 North Franklin Street, Suite 2200
Tampa, Florida 33602

Sub:    TAEUS Quote 12-GR001-000114 for Expert Witness and Technical Support

Ref:    Your 6/7/12 Request to find experts in relational database and encryption

Dear Mr. Stein,

TAEUS International Corporation (TAEUS) is pleased to provide you this quotation for the technical
expertise, support, and management of Dr. Harry Direen on behalf of Protegrity Corporation in its current
litigation efforts.

This project is best handled on a time-and-materials basis at the following rates:

Subject Matter Expert...............................................................................$275.00/hour
Expert Report Preparation.........................................................................$300.00/hour
Deposition/Testifying Time/On-Site ...........................................................$375.00/hour
Travel Time.............................................................................................$200.00/hour

TAEUS Engineering Support Services .........................................................$350.00/hour
TAEUS Admin Support Services (Research/Publishing/Graphics) ........$300.00/hour

TAEUS reserves the right to revisit hourly rates on an annual basis. Services outside the US or Canada carry an
additional charge of $50.00 per hour. Travel costs directly related to this project (i.e., food, lodging, airfare) are
billed at our cost.

A nonrefundable retainer of $10,000 will be invoiced upon your authorization to proceed, and is due upon
receipt. Subsequent invoices will reflect the actual time used on the project including conference calls. Invoices
for work completed are compiled and submitted semi-monthly (and weekly when appropriate).

An approved signature on the bottom of this letter and return fax of the same to +1-719-632-5175 will serve as
your authorization to proceed and agreement to TAEUS terms included on the following page. This quotation
is valid for 30 days.



08-09-12:05:25PM;                                    ;203-348-1231          #  22/  2

Thank you for the opportunity to be of service to you, Gray-Robinson, P.A. and Protegrity Corporation.

Sincerely,

~~FOR A.NUTTER~~

Arthur Nutter
President and Chief Executive Officer

Authorized Signature:
~~Gray-Robinson, P.A.~~ PROTEGRITY CORPORATION

TIMO AITTOLA   EVP& CFO

Date:  8/9/2012

*Please list the contact information for the person in Accounts Payable that should receive invoices.*

PROTEGRITY CORPORATION
Name

C/O PROTEGRITY USA, INC
Address 1

5 HIGH RIDGE PARK
Address 2

STAMFORD, CT 06905
City

USA
Country

ATTN: ANDREA AHLQUIST

Phone

email

fax

State or Province